J. MARK HOLLAND (140453)
**J. MARK HOLLAND & ASSOCIATES**
a Professional Law Corporation
3 San Joaquin Plaza, Suite 210
Newport Beach, CA  92660
Telephone:  (949) 718-6750
Facsimile:  (949) 718-6756
Email: office@jmhlaw.com

Attorneys for Plaintiff
E-Z LETTERING SERVICE

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CAR SOUND EXHAUST SYSTEM, Inc., a California corporation ) ) ) ) ) | Case No.  SACV09-1480 DOC (MLGx) |
| Plaintiff, ) ) ) | **[~~PROPOSED~~] ORDER DISMISSING ACTION WITHOUT PREJUDICE** |
| vs. ) ) | |
| FASTER THAN THEM CORP., an Arizona corporation; and DOES 1 THROUGH 5, inclusive, ) ) ) ) ) | |
| Defendants, ) ) ) ) | |

Pursuant to the parties' Stipulated Motion under F.R.Civ.P. 41(a)(1)(i), Car Sound Exhaust System, Inc. ("Car Sound's") above-captioned action against Faster Than Them Corporation ("FTT") is hereby dismissed in its entirety and without prejudice.  Car Sound and FTT shall each bear their own costs.

IT IS SO ORDERED:

February 18, 2010
            Date

_David O. Carter_
_____
Hon. David O. Carter
U.S. District Judge

**[~~PROPOSED~~] ORDER DISMISSING ACTION WITHOUT PREJUDICE;** Civ. Action No. SACV09-1480DOC                    1

C:\temp\notesFFF692\Final_Proposed Order for Stip for Motion to Dismiss.doc